IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

THOMAS T. DAVIS,

    Plaintiff,

v.

DURA-LINE, LLC,

    Defendant.

Case No. 24-CV-488-JFH-DES

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 21] of United States Magistrate D. Edward Snow recommending that Defendant Dura-Line, LLC's Motion to Dismiss [Dkt. No. 9] be granted. Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, Plaintiff's claims against Defendant Dura-Line, LLC are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of January 2026.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE